IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| R. LAWRENCE HATCHETT, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HENRY SCHEIN, INC., PATTERSON CO., INC., BENCO DENTAL SUPPLY CO., and UNNAMED BECTON DISTRIBUTOR CO-CONSPIRATORS,<br><br>Defendants. | Case No. 3:19-CV-83-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of February 13, 2020 (Doc. 70), this action is **DISMISSED with prejudice**.

DATED:   February 13, 2020

MARGARET M. ROBERTIE,
Clerk of Court

By:   s/ Deana Brinkley
         Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge